In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-447 CR


____________________



JASON EDWARD BAKER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 04-12-10118 CR






MEMORANDUM OPINION


 Jason Edward Baker was convicted and sentenced on an indictment for burglary of
a habitation. Baker filed a notice of appeal on October 3, 2005. The trial court entered
a certification of the defendant's right to appeal in which the court certified that this is a
plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On October 21, 2005, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 37.1. The record has not been
supplemented with an amended certification. On October 24, 2005, the appellant filed a
request to withdraw his notice of appeal. Baker personally signed the written withdrawal. 
Tex. R. App. P. 42.2(a).

 Accordingly, we dismiss the appeal.

 APPEAL DISMISSED.

 ___________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 16, 2005

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.